# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-8599-R**                                        **DATE: NOV. 6, 2009**

**TITLE: MOHAMMED SHARIF KHALIL et al -V- U.S. DEPT OF HOMELAND SECURITY et al**

================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                                              Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON NOVEMBER 30, 2009 AT 10:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                             Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                    D-M