TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
JOSHUA E. BRAUNSTEIN
Assistant Director, District Court Section
ERIK R. QUICK
Trial Attorney, District Court Section
Office of Immigration Litigation
United States Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9162
Facsimile: (202) 305-7000
Email: erik.quick@usdoj.gov
Attorneys for Respondents

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| **MOHAMMAD SHARIF KHALIL**<br>**SAHBERAH BIBI KHALIL**<br>**BIBI ROQUIA KHALIL**<br>**RAISSA KHALIL**<br>**ZAKIA KHALIL**<br>**EDRISS KHALIL**<br><br>          Petitioners,<br><br>    vs.<br><br>**UNITED STATES DEPARTMENT OF**<br>**HOMELAND SECURITY**<br><br>and<br><br>**UNITED STATES CITIZENSHIP AND**<br>**IMMIGRATION SERVICES**<br><br>          Respondents. | Civil Case No. 2:08-cv-08599-R-SS<br><br>**ORDER OF DISMISSAL**<br>**PURSUANT TO**<br>**FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>BEFORE THE HONORABLE<br>MANUEL L. REAL |

  Petitioners and Respondents, by and through their counsel, have filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulating that this case is dismissed with prejudice, with each party to pay their own and respective costs and fees, including but not limited to

attorneys' fees.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, with each party to pay their own and respective costs and fees, including but not limited to attorneys' fees; it is further

    ORDERED, ADJUDGED AND DECREED that the hearing scheduled for November 30, 2009 at 10:00 a.m. is cancelled and removed from the docket.

Dated: _Nov. 17, 2009___      _____
                                         Honorable MANUEL L. REAL

PRESENTED BY:

TONY WEST
Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

JOSHUA E. BRAUNSTEIN
Assistant Director
District Court Section

ERIK R. QUICK, Esquire
Trial Attorney,
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9162
Facsimile: (202) 305-7000
E-mail: erik.quick@usdoj.gov
Attorneys for Respondents